Carl D. GORDON, Plaintiff–Appellant,

v.

Shelby COLLINS, Dentist at Red Onion State Prison; R. Wright, Dental Assistant at Red Onion State Prison, Defendants–Appellees.

No. 15–6166.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 27, 2015.

Carl D. Gordon, Appellant Pro Se. Carlene Booth Johnson, Perry Law Firm, PC, Dillwyn, Virginia; Rosalie Fessier, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia, for Appellees.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl D. Gordon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gordon v. Collins,* No. 7:13–cv–00249–NKM–RSB, 2014 WL 4660797 (W.D.Va. Sept. 17, 2014). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*